IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 4:21-CR-28 (CDL)** |
| | : | |
| **BRIAN COWMAN** | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

## PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT

WHEREAS, on December 20, 2021, Defendant Brian Cowman (hereinafter "Cowman" or "Defendant"), pled guilty to Counts One and Two of the Indictment charging him with Conspiracy to Transport Stolen Goods, in violation of Title 18, United States Code, Sections 2314 and 371; and Receipt and Possession of Stolen Goods, in violation of Title 18, United States Code, Section 2315, in connection with Title 18, United States Code, Section 2;

AND WHEREAS, the Indictment contained a Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s), including, but not limited to a personal money judgment in an amount to be determined;

AND WHEREAS, the United States and Defendant Cowman have filed a Joint Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment against Cowman for a personal money judgment in the amount of six hundred sixty-nine thousand, two hundred ninety-four dollars and thirty cents ($669,294.30), representing the proceeds of the violation, obtained directly or indirectly, as a result of such offense(s); and for the forfeiture of United States funds in the amount of ninety one thousand, four hundred eight dollars and ten cents ($91,408.10), in lieu of the real property, titled in the names of Brian Cowman and Mildred Knevals Alarcon, located at 187 Caldwell Court, Fortson, Harris County Georgia, 31808; and miscellaneous items with an estimated total value of ninety one thousand, seven hundred thirty-five dollars and forty-one cents ($91,735.41);

WHEREAS, the Court has determined, based on the evidence already in the record, and the factual stipulations set forth in the Defendant's Plea Agreement, (1) that Defendant has an ownership or quasi ownership interest in the aforementioned property; (2) that the property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c); and (3) that the United States has established the requisite nexus between the aforesaid offense and the subject property and personal money judgment amount;

2

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a preponderance of the evidence that the United States has demonstrated the required nexus with the offense(s) of conviction, and the Defendant shall forfeit to the United States the following, to wit:

**_MONEY_ JUDGMENT**

A.      A personal money judgment in an amount of six hundred sixty-nine thousand, two hundred ninety-four dollars and thirty cents ($669,294.30), representing the amount of proceeds constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s), in violation of Title 18, United States Code, Sections 2314, 2315, 371 and 2;

**CURRENCY**

A.      United States funds in the amount of ninety-one thousand, four hundred eight dollars and ten cents ($91,408.10),  in lieu of the real property, titled in the names

of Brian Cowman and Mildred Knevals Alarcon, located at 187 Caldwell Court, Fortson,

Harris County Georgia, 31808.

**MISCELLANEOUS ITEMS**

A.     Miscellaneous items with an estimated value of twenty-eight thousand six

hundred eight dollars ($28,608.00), seized from Cowman's residence located at 187

Caldwell Court, Fortson, Georgia, on April 17, 2019, and currently being held as evidence

by the United States Secret Service, more particularly described as follows:

| Location | Item No. | Item Description |
|----------|----------|------------------|
| Basement | 1 | Twenty-three (23) Bedding Sheets |
| Basement | 2 | Three (3) Platinum Waterpik Flossers |
| Basement | 3 | Four (4) Philips Sonicare Toothbrushes |
| Basement | 4 | Two (2) Oral B Pro 2500 Toothbrushes |
| Basement | 5 | Two (2) Motorola 5" Portable Video Baby Monitors |
| Basement | 6 | Two (2) Motorola 5" Portable Video Baby Monitors with two (2) Cameras |
| Basement | 7 | Three (3) Motorola 3.5" Portable Video Baby Monitors with WiFi |
| Basement | 8 | Two hundred and seven (207) Artist Paintbrushes |
| Basement | 9 | Four (4) Anki Cozmo Robots |
| Basement | 10 | Two (2) Philips Sonicare 9300 Diamond Clean Smart |
| Basement | 11 | One (1) Hotwheels 2019 Club Car – Custom Camaro |
| Basement | 12 | One (1) Philips Sonicare Diamond Clean   - Black Box |
| Basement | 13 | Four (4) Philips Diamond Clean – Pink Box |
| Basement | 14 | Two (2) Kwikset Kevos |
| Basement | 15 | Two (2) Winkhubs |
| Basement | 16 | One (1) Winkhub 2 |
| Basement | 17 | Two (2) Sensi WiFi Thermostats |
| Basement | 18 | One (1) S9 LED Headlight |
| Basement | 19 | One (1) Canary Home Security |
| Basement | 20 | One (1) Viper Security Remote |
| Basement | 21 | One (1) Linksys WiFi Range Extender |

| Basement | 22 | Two (2) Schlage Door Lock Keypads |
|---|---|---|
| Basement | 23 | One (1) Dog Wireless Fence Collar |
| Garage | 1 | Thirty-five (35) Boxes of Golf Balls |
| Garage | 2 | One (1) Box of Miscellaneous Hobby Lobby Art Supplies |
| Garage | 3 | One (1) Ford Mustang Sound Clock Thermometer |
| Garage | 4 | One (1) Stapler |
| Garage | 5 | One (1) Picture Framing Studio Joiner |
| Garage | 6 | One (1) Spellbinders Glimmer Hot Foil System |
| Garage | 7 | One (1) Lightpad 920LX |
| Garage | 8 | One (1) Lightpad 930LX |
| Garage | 9 | Two (2) IHome Bluetooth Dual Charging Stereo Speaker System and Dual Alarm |
| Foyer Closet | 1 | Ten (10) Philips Sonicare Diamond Clean – Black Edition |
| Foyer Closet | 2 | Twenty (20) University of Auburn Shirts |
| Foyer Closet | 3 | Thirteen (13) Advecta 3 for Dogs (21-55 Lbs) Flea Medication |
| Foyer Closet | 4 | Eleven (11) Advecta 3 for Dogs (11-20 Lbs) Flea Medication |
| Foyer Closet | 5 | Seven (7) Advecta 3 for Dogs (over 55 Lbs) Flea Medication |
| Foyer Closet | 6 | Five (5) Advecta 3 for Dogs (over 5-10 Lbs) Flea Medication |
| Foyer Closet | 7 | Two (2) Petarmor Plus for Dogs (23-44 Lbs) Flea Medication |
| Foyer Closet | 8 | Three (3)   Petarmor Plus for Dogs (45-88 Lbs) Flea Medication |
| Laundry Room | 1 | One (1) IRobot Vacuum Cleaner, Model: Roomba 960, Serial Number:   KYN960021810290001999 |
| Laundry Room | 2 | One (1) IRobot Vacuum Cleaner, Model: Roomba 960, Serial Number:   KYN960021810290001918 |
| Laundry Room | 3 | One (1) Truecoat 360 VSP Paint Sprayer |
| Laundry Room | 4 | One (1) Graco – TC Pro Cordless Air Handheld Paint Sprayer |
| Laundry Room | 5 | Three (3) Moen Arlo Motionsense Wave Kitchen Faucets |
| Laundry Room | 6 | Two (2) Moen Edison Kitchen Faucets |
| Bedroom Closet | 1 | Three (3) Boxes containing a total of forty-eight (48) University of Alabama shirts, seventeen (17) University of Alabama hats, one hundred twenty-one (121) University of Auburn shirts, five (5) University of Auburn belts, ten (10) University of Georgia shirts |

B.     Miscellaneous items with an estimated value of sixty-two thousand, eight

hundred ninety dollars and forty-one cents ($62,890.41), seized from the residence of co-

Defendant Mildred Alarcon, located at 7646 Timberdale Drive, Columbus, Georgia, on April 17, 2019, and currently being held as evidence by the United States Secret Service, more particularly described as follows:

| Location | Item No. | Item Description |
|----------|----------|------------------|
| Garage | 1 | Two (2) Bostich Smart Point 18 Gauge Brad Nailer Kits, Model: BTFP12233 |
| Garage | 2 | One (1) Bostich Smart Point 15 Gauge Finish Nailer, Model: BTFP72156 |
| Garage | 3 | Two (2) Hitachi 1 1/2" Stapler, Model: N3804AB3 |
| Garage | 4 | One (1) Hitachi 1 13/8" 23 Gauge Pin Nailer, Model: NP35A |
| Garage | 5 | One (1) Lorex Wireless Security Camera, Model: LW2231 |
| Garage | 6 | One (1) Lorex Wireless Security Camera, Model: LW2231 |
| Garage | 7 | Twenty (20) Boxes of 2018 USA Baseball Trading Cards |
| Garage | 8 | Four (4) Boxes of Autographed Lou Gehrig Baseballs |
| Garage | 9 | Twelve (12) Boxes of 2018 Hobby Contenders Football Cards |
| Garage | 10 | Two (2) Boxes of Delta Porter Bathroom Faucets |
| Garage | 11 | One (1) Xbox One – Titanfall Edition |
| Garage | 12 | One (1) Epson Multimedia Projector |
| Garage | 13 | Two (2) Smartpond Revolution Waterfall Pump 2000 GPH |
| Garage | 14 | One (1) Mattel Hotwheels Collector Cars Treasure Hunt (Red Box) |
| Garage | 15 | One (1) Mattel Hotwheels Collector Cars Treasure Hunt (Blue Square Box) |
| Garage | 16 | One (1) Mattel Hotwheels Collector Cars Treasure Hunt (Black Box) |
| Garage | 17 | One (1) Pro Contoll EZ Mount for Trolling Motor |
| Garage | 18 | One (1) Philips Bloom Hue Color Light |
| Garage | 19 | One (1) Sengled Pulse Wireless Speaker 55W LED |
| Garage | 20 | One (1) Moen Noell Kitchen Faucet |
| Garage | 21 | One (1) Delta Savile Kitchen Faucet |
| Garage | 22 | Two (1) Kohler Carmichael Kitchen Faucets |
| Garage | 23 | One (1) Giagni Pompa Kitchen Faucet |
| Garage | 24 | One (1) Giagni Fresco Kitchen Faucet |
| Garage | 25 | One (1) Philips Bloom Hue Color Personal Wireless Lighting |
| Garage | 26 | One (1) Bobovr Z4 Virtual Reality Glasses |

| Garage | 27 | One (1) Arlo Pro 2 Wire-Free HD Security Cameras |
|---|---|---|
| Garage | 28 | One (1) Eversense WiFi Touchscreen Thermostat |
| Garage | 29 | One (1) Eemax Tank Buddy Water Heater Booster |
| Garage | 30 | One (1) Eco Smart Tankless Water Heater |
| Garage | 31 | One (1) Jacuzzi Showerhead and Stereo Speaker in One |
| Garage | 32 | One (1) Wisenet Smart Cam N1 |
| Garage | 33 | Two (2) Pex Crimp Tools |
| Garage | 34 | One (1) Dewalt 20V Max Charging Station, Model: DCB102 |
| Garage | 35 | Two (2) Harry Potter Complete Book Series (Paperback) |
| Garage | 36 | One (1) Duck Dynasty 24 Disc DVD Collection |
| Garage | 37 | Three (3) Clint Eastwood 40 Film DVD Collection |
| Garage | 38 | Four (4) Clint Eastwood 35 Film DVD Collection |
| Garage | 39 | Three (3) Clint Eastwood 20 Film DVD Collection |
| Garage | 40 | One (1) Xbox Wireless Controller (White) |
| Garage | 41 | One (1) PS4 Unchartered 4, A Thief's End Game |
| Garage | 42 | One (1) Xbox One Lichdom Battlemage Game |
| Garage | 43 | One (1) PS4 Call of Duty Infinite Warfare Game |
| Garage | 44 | One (1) Instant Print Sprocket Printer for 2X3 Photos |
| Garage | 45 | One (1) Bluetooth Rugged Water Resistant Wireless Speaker |
| Garage | 46 | One (1) Motorola WiFi Video Baby Monitor Camera |
| Garage | 47 | One (1) IHome Wireless Charging Bluetooth Stereo Speaker System and Dual Alarm |
| Garage | 48 | One (1) Kwikset Kevo Convert Smart Lock Conversion Kit |
| Garage | 49 | Two (2) Schlage Touch Keyless Touchscreen Deadbolts |
| Garage | 50 | One (1) Schlage Touch Keyless Touchscreen Deadbolt (Dark Finish) |
| Garage | 51 | One (1) Lithonia Lighting Floodlight 33W Integrated LED Security Light |
| Garage | 52 | One (1) 20 AMP Breaker |
| Garage | 53 | Two (2) Nike Air Jordan 10 Retro Size 14 (Dark Shadow/True Red-Black) |
| Garage | 54 | One (1) Under Armour Jed Mid Size 13 Grey Shoes |
| Garage | 55 | One (1) Adidas NMD-R1 Size 11 Black Camo Shoes |
| Garage | 56 | One (1) Adidas NMD-R1 Size 11.5 Black Camo Shoes |
| Garage | 57 | One (1) Adidas NMD-R1 Size 10 Black Camo Shoes |
| Garage | 58 | One (1) Adidas NMD-R1 Size 12 Black Camo Shoes |
| Garage | 59 | One (1) Adidas NMD-R1 Size 13 Black Camo Shoes |
| Garage | 60 | Two (2) Scalibor Protector Band (Collar) for Dogs (Flea & Tick Medication) |

| Garage | 61 | Three (3) Nexgard Chewables for Dogs (24.1-60 Lbs) (Flea & Tick Medication |
|---|---|---|
| Garage | 62 | Twelve (12) Heartguard Chewables for Dogs (26-50 Lbs) (Heartworm Medication) |
| Garage | 63 | Fifteen (15) Interceptor Tabs for Dogs (51-100 Lbs) (Heartworm Medication) |
| Garage | 64 | One (1) Crest 3D White No Slip Whitestrips Dental Whitening Kit (2 Boxes in Plastic) |
| Garage | 65 | One (1) Hewlett Packard 901 XL 2 Pack Inkjet Cartridges |
| Garage | 66 | Four (4) Panini Contenders 2017 NFL Draft Picks Football Cards with 6 Autographs per Box |
| Garage | 67 | Three (3) Clint Eastwood Collection Blu Ray Discs (10 Movies per Set) |
| Garage | 68 | One (1) Sengled Snap 60W Replacement LED and Wireless Camera Bulb |
| Garage | 69 | One (1) Rachio Smart Sprinkler Controller Generation 2 (8 Zones) |
| Garage Second Evidence Form | 1 | Eight (8) Silver Bars, Serial Numbers: 17033614, 17033623, 17033983, 17033984, 17033988, 17033990, 17033994, 17033995 |
| Garage | 2 | One (1) United States Mint – American Eagle San Francisco 2 Coin Silver Proof Set |
| Garage | 3 | One (1) United States Mint – American Eagle 20th Anniversary Silver Coin Set |
| Garage | 4 | One (1) United States Mint – American Eagle West Point Two-Coin Silver Set |
| Garage | 5 | Five (5) United States Mint – 2013 W Eagle $1 Early Releases, Serial Numbers: 3785206-048, 3789176-165, 3767116-082, 3793501-060, 3781070-091 |
| Garage | 6 | One (1) Lincoln Head Cent Collection Starting 1941 Number Two Book of Pennies |
| Garage | 7 | One (1) Lincoln Head Cent Collection 1909 to 1940 Number One Book of Pennies |
| Garage | 8 | One (1) Lincoln Cents Collection 1941 to 1974 Number Two Book of Pennies |
| Garage | 9 | Lincoln Penny Coin Folder Collection No. 2 Starting 1946 |
| Garage | 10 | Seventeen (17) National Collector's Mint – 2018 Liberty Silver Dollars |

| Garage | 11 | 100th Anniversary of John F. Kennedy – 1917 to 2017 – 2 oz. Silver Bars including the 1964 Proof Kennedy Silver Half Dollar |
| --- | --- | --- |
| Spare Bedroom | 1 | Six (6) Momentum Aria LED Floodlights with Wifi Camera |
| Spare Bedroom | 2 | Three (3) Dymo Labelwriter 4XL Valuepacks |
| Spare Bedroom | 3 | Three (3) Rachio Smart Sprinkler Controller – Generation 2 |
| Spare Bedroom | 4 | One (1) Apple MacBook Pro |
| Spare Bedroom | 5 | One (1) Sony PlayStation VR Bundle (with Gran Turismo Game) |
| Spare Bedroom | 6 | Two (2) Nintendo Switch Gaming Consoles |
| Spare Bedroom | 7 | Six (6) Transformers MP-06 Autobot Commando Bluestreak Toy |
| Spare Bedroom | 8 | Seven (7) Oral B Pro Advantage 8000 Limited Edition Rechargeable Toothbrushes |
| Spare Bedroom | 9 | One (1) Honeywell Wifi Thermostat |
| Spare Bedroom | 10 | Five (5) Foose Steering Wheel Covers |
| Spare Bedroom | 11 | Two (2) Pottery Barn Mother of Pearl Clocks |
| Spare Bedroom | 12 | Four (4) Bose Soundlinks Mini II |
| Spare Bedroom | 13 | Two (2) BW Trailer Hitches – Tow and Stow Model 10 |
| Spare Bedroom | 14 | Two (2) Sengled Snap 602 LED Light and Wireless Cameras |
| Spare Bedroom | 15 | One (1) Zagg Keys Profolio Keyboard |
| Spare Bedroom | 16 | Seven (7) 13 Hours Blu Ray/DVD/Digital Movies |
| Spare Bedroom | 17 | One (1) IRobot Roomba Vacuum Cleaner, Model: 665 |
| Spare Bedroom | 18 | One (1) IRobot Roomba Vacuum Cleaner, Model: 890 |
| Spare Bedroom | 19 | One (1) IRobot Roomba Vacuum Cleaner, Model: 890 |
| Spare Bedroom | 20 | One (1) Sony PlayStation 4 Limited Edition (Call of Duty WWII) |
| Spare Bedroom | 21 | Twenty-two (22) Clint Eastwood 40 Film Collection |
| Spare Bedroom | 22 | One (1) Sony PlayStation PS4 Pro Jet Black |
| Spare Bedroom | 23 | Sixteen (16) Nintendo Super Nintendo Entertainment Systems – Classic Edition |
| Spare Bedroom | 24 | Two (2) Deco AC1300 Whole Home WiFi System Deco M5 Router |
| Spare Bedroom | 25 | One (1) Apple iPad Mini 2, 16 GB, WiFi |
| Spare Bedroom | 26 | One (1) Red Fuel Jump Starter Lithion Ion |
| Spare Bedroom | 27 | Two (2) Sony PlayStation PSF Limited Edition Days of Play |
| Spare Bedroom | 28 | Two (2) iHome Splashproof and Rugged Lightweight Wireless Headphones with Bluetooth |

| Spare Bedroom | 29 | Two (2) Energizer Vision HD and Focus Headlight 250 Lumens |
| Spare Bedroom | 30 | Four (4) Sengled Pulse LED Wireless Speakers |
| Spare Bedroom | 31 | Three (3) iHome Zenergy Aromatherapy Speakers with Lighting and Bluetooth |
| Spare Bedroom | 32 | Two (2) Philips Sonicare Diamond Clean Power Toothbrushes in Rose Gold Edition |
| Spare Bedroom | 33 | One (1) Altec Lansing Omni Jacket Rugged Waterproof Hyper Mesh Bluetooth Speaker |
| Spare Bedroom | 34 | One (1) American Standard Kirkdale Tub and Shower Faucet (Legacy Bronze) |
| Spare Bedroom | 35 | One (1) Kwikset Kevo Bluetooth Enabled Deadbolt |
| Spare Bedroom | 36 | Three (3) Kwikset Kevo Convert Smart Lock Conversion Kit Deadbolts |
| Spare Bedroom | 37 | One (1) Rigid Plastic Pipe Cutter |
| Spare Bedroom | 38 | One (1) Royal Sovereign Counterfeit Detector |
| Spare Bedroom | 39 | One (1) Eco Smart Tankless Water Heater (Point of Use) |
| Spare Bedroom | 40 | One (1) Atomor Therapro Electric Tankless Water Heater 24 KW |
| Spare Bedroom | 41 | Two (2) Moen Boardwalk Tub and Shower Faucets (Spot Resist Brushed Nickel) |
| Spare Bedroom | 42 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 12.5 Shoes |
| Spare Bedroom | 43 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 10 Shoes |
| Spare Bedroom | 44 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 10.5 Shoes |
| Spare Bedroom | 45 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 12 Shoes |
| Spare Bedroom | 46 | Three (3) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 13 Shoes |
| Spare Bedroom | 47 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 11 Shoes |
| Spare Bedroom | 48 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 11.5 Shoes |
| Spare Bedroom | 49 | One (1) Philips Sonicare Diamond Clean Power Toothbrush (Black Edition) |
| Spare Bedroom | 50 | One (1) Samsung Level Active Bluetooth Ear Phones |
| Spare Bedroom | 51 | One (1) JBL Reflect Mini BT Sport Bluetooth Headphones |

| Spare Bedroom | 52 | Six (6) Trimax 5/8 Steel Pin Receiver Locks - Black |
|---|---|---|
| Spare Bedroom | 53 | Seven (7) 20 AMP Remote Control Circuit Breakers |
| Spare Bedroom | 54 | One (1) Coast Flashlight 360 Lumens |
| Spare Bedroom | 55 | One (1) Fi-Shock Animal Containment System – 1 Joule Output |
| Spare Bedroom | 56 | One (1) Dream Vision Pro Virtual Reality Smartphone Headset with Bluetooth Retractable Ear Buds |
| Spare Bedroom | 57 | One (1) Legend Radiant Multi-Location Dimmer Kit |
| Spare Bedroom | 58 | One (1) C L Digital Multi-Location Dimmer Kit |
| Spare Bedroom | 59 | One (1) Petsafe Obedience Remote Trainer for Dogs |
| Spare Bedroom | 60 | Three (3) Delta Lahara Pull Down Shower Faucets |
| Spare Bedroom | 61 | Three (3) Delta Windemere Shower Faucets |
| Spare Bedroom | 62 | Two (2) Delta Porter Pull Down Shower Faucets |
| Spare Bedroom | 63 | One (1) Wisenet Smartcam N1 – Home Security Camera |
| Spare Bedroom | 64 | One (1) Kwikset Smartcode 909 Touchpad Electronic Deadbolt |
| Spare Bedroom | 65 | Two (2) Philips Hue Personal Wireless Lighting – Lightstrip Plus – 80" |
| Spare Bedroom | 66 | One (1) Arlo 3 Wire-Free HD Security Cameras – Indoor/Outdoor - Nightvision |
| Spare Bedroom | 67 | One (1) Pfister Wheaton Kitchen Faucet |
| Spare Bedroom | 68 | Three (3) Kohler Worth Pull Down Kitchen Faucets |
| Spare Bedroom | 69 | One (1) Kohler Barossa Pull Down Kitchen Faucet |
| Spare Bedroom | 70 | One (1) Kohler Sous Pull Down Kitchen Faucet |
| Spare Bedroom | 71 | One (1) Moen Essie Motion Sense Pull Down Kitchen Faucet |
| Spare Bedroom | 72 | One (1) Moen Delaney Motion Sense Pull Down Kitchen Faucet |
| Spare Bedroom | 73 | One (1) Moen Fieldstone Pull Down Kitchen Faucet |
| Spare Bedroom | 74 | Two (2) Moen Noell Pull Down Kitchen Faucets |
| Spare Bedroom | 75 | Two (2) Moen Essie Pull Down Kitchen Faucets |
| Spare Bedroom | 76 | Two (2) Moen Kaden Pull Down Kitchen Faucets - Bronze |
| Spare Bedroom | 77 | One (1) Legrand GFCI Outlet – 15 AMP – 3 Pack (White Color) |
| Spare Bedroom | 78 | One (1) Legrand GFCI Outlet – 15 AMP – 3 Pack (Ivory Color) |
| Spare Bedroom | 79 | One (1) Bose Solo Bluetooth TV Speaker |
| Spare Bedroom | 80 | Ten (10) Legrand GFCI Outlet – 15 AMP   (Gray Color) |
| Spare Bedroom | 81 | Two (2) Legrand GFCI Outlet – 15 AMP   (Light Almond Color) |

11

| Spare Bedroom | 82 | Thirty-One (31) Legrand GFCI Outlet – 15 AMP (Ivory Color) |
|---|---|---|
| Spare Bedroom | 83 | Thirty-Seven (37) Legrand GFCI Outlet – 15 AMP (White Color) |
| Spare Bedroom | 84 | One (1) Sandisk Ultra 2 Pack 64 GB SDXC UHS-I Cards |
| Spare Bedroom | 85 | One (1) Utilitech Pro LED Premium Bar 18 Inch Undercabinet Light |
| Spare Bedroom | 86 | One (1) Halo LED Soft White 18" Track Adjustable LED Undercabinet Plug-in Kit |
| Spare Bedroom | 87 | One (1) B Hyve Smart WiFi Sprinkler Timer 6 Station (Orbit) |
| Spare Bedroom | 88 | One (1) Hewlett Packard Zink 2X3" Sticky-backed Photo Paper for HP Sprocket (3 Packs) |
| Spare Bedroom | 89 | One (1) Giagni Fresco Pull Down Kitchen Faucet (Steel Finish) |
| Spare Bedroom | 90 | One (1) Frontline Flea and Tick Medication for Dogs (23-44 Lbs) |
| Spare Bedroom | 91 | One (1) Frontline Flea and Tick Medication for Dogs (45-88 Lbs) |
| Spare Bedroom | 92 | Two (2) Frontline Flea and Tick Medication for Dogs (89-132 Lbs) |
| Spare Bedroom | 93 | One (1) Gillette Fusion 5 – 16 Replacement Cartridges per Package |
| Spare Bedroom | 94 | One (1) Arlo HD Security Wireless Camera (Netgear) |
| Spare Bedroom | 95 | One (1) Dyson Pure Hot and Cool Link Hepa Air Purifier |
| Spare Bedroom | 96 | Two (2) Delta Valdosta Bathroom Sink Faucets |
| Spare Bedroom | 97 | One (1) Moen Banbury Bathroom Tub Faucet |
| Spare Bedroom | 98 | Two (2) Delta Valdosta Bathroom Tub and Shower Faucets |
| Spare Bedroom | 99 | One (1) Delta Everly Bathroom Tub and Shower Faucet |
| Spare Bedroom | 100 | One (1) Delta Windemere Bathroom Tub Faucet |
| Spare Bedroom | 101 | Two (2) Delta Porter Bathroom Tub Faucets |
| Spare Bedroom | 102 | Two (2) Pfister Venturi Pull Down Kitchen Faucet |
| Spare Bedroom | 103 | Two (2) Delta Deluca Pull Down Kitchen Faucets |
| Spare Bedroom | 104 | One (1) Delta Lakeview Kitchen Faucet |
| Spare Bedroom | 105 | One (1) Delta Satori Pull Down Kitchen Faucet |
| Spare Bedroom | 106 | One (1) Makita Rolling Fabric Tool Bag (Teal and Black) |
| Spare Bedroom Second Evidence Form | 1 | Three (3) Scottsdale Silver, Serial Numbers: 16023638, 17033989, 17033993 |

| Spare Bedroom | 2 | Nineteen (19) Red, White, and Blue Rebel Flag 1 oz. Silver Bars |
| Spare Bedroom | 3 | Twenty-Nine (29) U.S. Flag 1 oz. Silver Bars (Square Shaped) |
| Spare Bedroom | 4 | Seven (7) U.S. Flag 1 oz. Silver Bars (Flag Shaped) |
| Spare Bedroom | 5 | One (1) Red, White and Blue U.S. Flag 1 oz. Silver Bar (Square Shaped) |
| Spare Bedroom | 6 | Six (6) Rebel Flag 1 oz. Silver Bar (Square Shape) |
| Spare Bedroom | 7 | Three (3) Sunshine Minting 1 oz. Silver Bar (Square Shape) |
| Spare Bedroom | 8 | One (1) Buffalo Nickel 10 oz. Silver Bar |
| Spare Bedroom | 9 | Fourteen (14) 5 oz. Silver Bars |
| Spare Bedroom | 10 | Two (2) Red, White and Blue Confederate Flag 2016 Liberty Dollar |
| Spare Bedroom | 11 | One (1) Ghostbusters Stay Puft 2017 Tuvalu Dollar |
| Spare Bedroom | 12 | One (1) Ghostbusters Crew 2017 Tuvalu Dollar |
| Spare Bedroom | 13 | One (1) Ghostbusters Slimer 2017 Tuvalu Dollar |
| Spare Bedroom | 14 | One (1) 2014 Baseball Hall of Fame $5 Dollar Gold Coin |
| Spare Bedroom | 15 | Twelve (12) 2008 Liberty Gold $1 Dollar Coins |
| Spare Bedroom | 16 | Two (2) 2007 Liberty Gold $1 Dollar Coins |
| Spare Bedroom | 17 | Four (4) 2009 Pennies |
| Spare Bedroom | 18 | Two (2) 2015 Liberty Silver Eagle Philadelphia Mint Dollar Coins |
| Spare Bedroom | 19 | Two (2) 1921 Dollar Coins in Plastic Cases |
| Spare Bedroom | 20 | Two (2) 1922 Dollar Coins in Plastic Cases |
| Spare Bedroom | 21 | One (1) 1923 Dollar Coin in Plastic Case |
| Spare Bedroom | 22 | Two (2) 2003 Dollar Coins in Plastic Cases |
| Spare Bedroom | 23 | One (1) 2002 Dollar Coin in Plastic Case |
| Spare Bedroom | 24 | Three (3) 1900 Dollar Coins in Plastic Cases |
| Spare Bedroom | 25 | Five (5) 1901   Dollar Coins in Plastic Cases |
| Spare Bedroom | 26 | One (1) 1881 Dollar Coin in Plastic Case |
| Spare Bedroom | 27 | One (1) 1902 Dollar Coin in Plastic Case |
| Spare Bedroom | 28 | One (1) Set of Buffalo Nickel Cuff Links |
| Spare Bedroom | 29 | Fourteen (14) $1 Gold Coins |
| Spare Bedroom | 30 | Twenty-Five (25) $0.25 Quarters (2007) |
| Spare Bedroom | 31 | Twenty-Five (25) $0.25 Quarters (2003) |
| Spare Bedroom | 32 | Sixteen (16) $0.25 Quarters (1999-2011) |
| Spare Bedroom | 33 | Forty-Five (45) $.05 Buffalo Nickels |
| Spare Bedroom | 34 | Three (3) 1879 Dollar Coins |
| Spare Bedroom | 35 | Three (3) 1880 Dollar Coins |
| Spare Bedroom | 36 | Two (2) 1881 Dollar Coins |

| Spare Bedroom | 37 | One (1) 1882 Dollar Coin |
|---|---|---|
| Spare Bedroom | 38 | One (1) 1884 Dollar Coin |
| Spare Bedroom | 39 | One (1) 1885 Dollar Coin |
| Spare Bedroom | 40 | One (1) 1887 Dollar Coin |
| Spare Bedroom | 41 | One (1) 1889 Dollar Coin |
| Spare Bedroom | 42 | One (1) 1890 Dollar Coin |
| Spare Bedroom | 43 | One (1) 1891 Dollar Coin |
| Spare Bedroom | 44 | One (1) 1899 Dollar Coin |
| Spare Bedroom | 45 | Five (5) 1921 Dollar Coins |
| Spare Bedroom | 46 | Sixteen (16) 1922 Dollar Coins |
| Spare Bedroom | 47 | Twelve (12) 1923 Dollar Coins |
| Spare Bedroom | 48 | Two (2) 1924 Dollar Coins |
| Spare Bedroom | 49 | One (1) 1927 Dollar Coin |
| Spare Bedroom | 50 | Two (2) 1928 Dollar Coins |
| Spare Bedroom | 51 | Two (2) 1973 Dollar Coins |
| Spare Bedroom | 52 | Two (2) 1974 Dollar Coins |
| Spare Bedroom | 53 | Six (6) 1976 Dollar Coins |
| Spare Bedroom | 54 | Two (2) 1977 Dollar Coins |
| Spare Bedroom | 55 | Two (2) 1978 Dollar Coins |
| Spare Bedroom | 56 | One (1) 1788 George Walton – The State of Georgia – Landing of Oglethorpe Coin |
| Spare Bedroom | 57 | One (1) 1900 Dollar Coin in Paper Holder |
| Spare Bedroom | 58 | One (1) 1884 Dollar Coin in Plastic Holder |
| Spare Bedroom | 59 | Fifteen (15) Various Penny Coins in Razor Blade Holder |
| Spare Bedroom | 60 | Thirteen (13) Various Penny Coins in Razor Blade Holder |
| Spare Bedroom | 61 | Sixty (60) Various Penny Coins in Clear Plastic Bag |
| Spare Bedroom | 62 | Fifty (50) Various Penny Coins in Clear Plastic Round Tube Case with Top |
| Spare Bedroom | 63 | Fifty-Four (54) Various Penny Coins in Red Paper Wrapping with "50 Cent Pennies" on Sides |
| Spare Bedroom | 64 | One (1) 1883   Carson City Silver Dollar (Uncirculated) in Blue Case |
| Spare Bedroom | 65 | One (1) 2016 United States Mint American Eagle 1 oz. Silver Eagle Dollar (Uncirculated) in Small Square Blue Case |
| Spare Bedroom | 66 | Four (4) Rolls of Buffalo Nickels in Brown Paper Roll |
| Spare Bedroom | 67 | One (1) Blue Wrapping Roll of  Twenty-Three (23) Buffalo Nickels, Three (3) Unknown Silver Coins, and One (1) Republic of Panama Silver Coin |

| Spare Bedroom | 68 | One (1) Massachusetts Tercentenary 1630-1930 Souvenir Coin in Paper Holder |
| Spare Bedroom | 69 | One (1) 1955 Republic of France 100 Francs Coin in Paper Holder |
| Spare Bedroom | 70 | One (1) 1867 Italy 5 Cent Coin in Paper Holder |
| Spare Bedroom | 71 | One (1) 1876 Dutch Reich 50 Pfennigs Coin in Paper Holder |
| Spare Bedroom | 72 | One (1) 1958 Elizabeth II Half Penny Coin in Paper |
| Spare Bedroom | 73 | One (1) 1923 Dutch Reich 2 Pfennigs Coin in Paper Holder |
| Spare Bedroom | 74 | One (1) 1950 Germany 1 Pfennig Penny Coin in Paper Holder |
| Kitchen | 1 | One (1) Hewlett Packard 1951 XL Inkjet Printer Cartridges (3 Pack) |
| Kitchen | 2 | One (1) Nest Yale Door Lock Keypad (Satin Nickel) |
| Living Room | 1 | One (1) B Hyve Smart WiFi Sprinkler Timer Y Station (Orbit) |
| Living Room | 2 | Six (6) Bose Soundlink Mini II Speakers |
| Hallway | 1 | One (1) Xbox One X – Black (1 TB) |
| Hallway | 2 | One (1) Xbox One (White) Forza Horizon 3 Edition |
| Hallway | 3 | One (1) Xbox One (White) Forza Horizon 3 Edition |
| Hallway | 4 | One (1) Xbox One (White) Battlefield One Edition (500 KB) |

C.     Miscellaneous items with an estimated value of two hundred thirty-seven dollars ($237.00), seized from a storage locker rented by Cowman, located at 1210 49th Street, Columbus, Georgia, on April 17, 2019, and currently being held as evidence by the United States Secret Service, more particularly described as follows:

| Location | Item No. | Item Description |
| --- | --- | --- |
| Storage | 1 | One (1) Frontline Plus for Cats – Flea and Tick Medication |
| Storage | 2 | One (1) Cannon 250 and 251 XL Inkjet Printer Cartridges (set of 5) |
| Storage | 3 | One (1) Hewlett Packard 61 XL Inkjet Printer Cartridges (set of 2) |

2.      Upon the entry of this Order, in accordance with FED. R. CRIM. P. 32.2(b)(3), the Attorney General (or a designee) is authorized to seize the property subject to forfeiture, and to conduct any discovery that may assist in identifying, locating or disposing of the subject property, and to commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of this Order.   No such notice or ancillary proceeding is necessary as to the judgment for a sum of money. FED. R. CRIM. P. Rule 32.2(c)(1).

3.      To the extent that the foregoing property includes specific property and is not limited to a judgment for a sum of money, the United States shall publish notice of the Order and its intent to dispose of the miscellaneous items in such a manner as the Attorney General (or a designee) may direct.   The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property.

4.      Any person, other than the above-named Defendant, asserting a legal interest in the miscellaneous items must, within thirty (30) days after receipt of notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the miscellaneous items, and for an amendment of the Order of Forfeiture, pursuant to 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

16

5.      Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.   If no third-party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by FED. R. CRIM. P. 32.2(c)(2).

6.      Any petition filed by a third-party asserting an interest in the subject property shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the subject property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the subject property, any additional facts supporting the petitioner's claim and the relief sought.

7.      After the disposition of any motion filed under FED. R. CRIM. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8.      The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or if none, following the expiration of the period provided in 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C), for the filing of third-party petitions.

10.     As issued this date, this Order of Forfeiture/Money Judgment includes a judgment for a sum of money.   The United States may, at any time, move pursuant to

17

FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the violations or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

11.     The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

SO ORDERED, this _____ day of _____, 2022.

_____
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

CONSENTED TO BY:

PETER D. LEARY
UNITED STATES ATTORNEY

/s/ Michael D. Morrison
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No.: 153001

/s/ Amelia G. Helmick
AMELIA G. HELMICK
Assistant United States Attorney
Georgia Bar No.: 142673

PETE TEMESGEN
HUFF POWELL BAILEY, LLC
Georgia Bar No. 597347

BRIAN COWMAN
DEFENDANT