IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    CASE NO.: 4:21-CR-28 (CDL)

**BRIAN COWMAN,**
      Defendant,

**SELECT PORTFOLIO SERVICING INC.,**
      Petitioner.

## CONSENT ORDER

The Settlement Agreement and Release of Claims entered herein by Plaintiff United States of America, and Third-Party Petitioner Select Portfolio Servicing, Inc. ("SPS") through their counsel, Bret J. Chaness, Esquire, and Patty Whitehead, Esquire, is hereby APPROVED for the real property located at 187 Caldwell Court, Fortson, Harris County, Georgia 31808, including any appurtenances and improvements thereon, which is more particularly described as:

> All that lot, tract and parcel of land situate, lying and being in Harris County, Georgia, being known and designated as ALL OF LOT FOURTEEN (14), in SECTION THREE, CHASE PLANTATION, as said lot is shown upon a map or plat of said subdivision prepared by Hobbs Smith & Assoc., dated March 15, 2004 and recorded in Plat Book 28, page 102 in the Office of the Clerk of Superior Court of Harris County, Georgia to which reference is made for a more particular description and location of said lot.

(hereinafter referred to as the "Subject Property").

IT IS FURTHER ORDERED, that payment to Petitioner SPS by the United States in accordance with the Parties Settlement Agreement and Release of Claims shall be in full settlement and satisfaction of all claims by Petitioner SPS to the Subject Property, and all claims resulting from the incidents or circumstances giving rise to this forfeiture proceeding;

IT IS FURTHER ORDERED, that the payment and release of the funds to Petitioner SPS by the United States is conditioned upon the United States prevailing against any third-party claims in an ancillary proceeding, and Court's entry of a final order of forfeiture forfeiting the Subject Property to the United States.

IT IS FURTHER ORDERED, that upon the sale of the Subject Property by the vendor for the United States Secret Service, title to the Subject Property shall be transferred to the United States, free and clear of any and all liens and encumbrances.

IT IS SO ORDERED this 27th day of May, 2025.

   S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA