# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO.: 4:21-CR-28 (CDL)** |
| | : | |
| **BRIAN COWMAN,** | : | |
| **Defendant,** | : | |
| | : | |
| **SELECT PORTFOLIO SERVICING INC.,** | : | |
| **Petitioner.** | : | |

## FINAL ORDER OF FORFEITURE

On May 14, 2024, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure this Court entered an Amended Preliminary Order of Forfeiture against Defendant Brian Cowman.

Pending now before the Court is the United States= Motion and Memorandum for Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.      This Court has jurisdiction of this matter pursuant to 18 U.S.C. ' 3231, and venue is proper pursuant to 18 U.S.C. ' 3232 and FED. R. CRIM. P. 18.

2.      The United States has furnished due and legal notice of these proceedings as required by law by sending direct notice to any person, other than the Defendant, that may have or claim a legal interest in the subject property, and by causing publication of

notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3.      The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, www.forfeiture.gov, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. ' 853(n), as incorporated by as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

4.      On August 9, 2024, Petitioner Select Portfolio Servicing Inc. ("Petitioner" or "SPS") filed a Petition, asserting a prior vested interest in the real property located at 187 Caldwell Court, Fortson, Harris County, Georgia 31808.

5.      On April 18, 2025, the United States filed a Settlement Agreement and Release of Claims [Doc. 236] entered between the United States and Petitioner SPS to compromise and settle Petitioner SPS' interest in the real property located at 187 Caldwell Court, Fortson, Harris County, Georgia 31808, and a Motion for Entry of Consent Order. As part of the agreement, the United States agreed that upon entry of a consent order by the Court, the United States prevailing against any other third-party claims in an ancillary proceeding, the entry of a final order of forfeiture by the Court forfeiting the real property

2

to the United States, and sale of the real property pursuant to a final order of forfeiture, the United States would not contest payment to SPS from the proceeds of the sale, in the total amount of $293,348.22, plus the accrual of additional interest, and other additional fees set forth below as specified in (a) – (h) of this paragraph, after payment of outstanding taxes, and the expenses of custody and sale incurred by the vendor for the United States Secret Service ("USSS") as follows:

    a.    All unpaid principal due to SPS in the amount of $236,316.56 as of March 12, 2025, pursuant to the Promissory Note ("Note") dated on or about September 28, 2018, made by Brian Cowman "(Cowman") to InterLinc Mortgage Services, LLC, which was secured by a Security Deed executed by Cowman and Mildred Knevals Alarcon, on or about September 28, 2018, conveying the Property to Mortgage Electronic Registration Systems, Inc., solely as nominee for InterLinc Mortgage Services, LLC, its successors and assigns, recorded October 4, 2018, in the official records of Harris County, Georgia, at Deed Book 1566, Pages 337-351, which was later transferred and assigned in favor of Pingora Loan Servicing, LLC, by a Corporate Assignment of Security Deed from Mortgages Electronic Registration Systems, Inc., solely as nominee for Interlinc Mortgage Services, LLC, its successors and assigns, recorded February 22,

2023, at Deed Book 2140, Pages 4-5, in the Harris County, Georgia Records, and then again later transferred and assigned in favor of SPS, via an Assignment of Security Deed from Pingora Loan Servicing, LLC, recorded June 28, 2024, at Deed Book 2258, Page 225, in the Harris County, Georgia Records;

b.  All unpaid interest at the base contractual rate (not the default rate) under the Note, in the amount of $34,908.63 as of March 12, 2025, plus daily interest at the per diem rate of $31.56 from March 12, 2025, until the date of Payment;

c.  Escrow/impound advance items in the amount of $12,110.63 as of March 12, 2025, and any additional escrow/impound advances up to the date of the Payment;

d.  Loan level advance balance in the amount of $9,590.50 as March 12, 2025, and any additional loan level advance balances up to the date of the Payment;

e.  All late charges in the amount of $396.90 as of March 12, 2025, and any additional loan level advance balances up to the date of the Payment;

f.      All hazard insurance payments in the amount of $306.25 as of March 12, 2025, and any additional hazard insurance payments up to the date of the Payment; and

g.      All recording fees in the amount of $25.00 as of March 12, 2025,

h.      All attorney's fees incurred by SPS related to this forfeiture action.

The Parties further agreed that the real property shall be sold by the vendor for the USSS in the most commercially feasible manner as determined by the vendor for the USSS in its sole discretion, but will be sold at a price no less than an amount that will ensure that Payment to Petitioner SPS is made in full even after payment of any outstanding taxes, and the expenses of custody and sale incurred by the vendor for the USSS.  In the event it is determined that the proceeds from any proposed sale of the real property would be insufficient to pay Petitioner SPS in full, after the disbursements listed above are made for payment of outstanding taxes, and the expenses of custody and sale incurred by vendor for the USSS, the United States agrees to release its interest in the real property, and consent to the exercise of Petitioner SPS's state law rights to foreclose upon its deed to secure debt which secures the obligation of Petitioner SPS.  The United States also agreed not to enter into a binding agreement to sell the real property unless the proceeds of such sale are sufficient to pay Petitioner SPS in full, unless Petitioner SPS otherwise consents in writing.

5

6.     On May 27, 2025, the Court entered a Consent Order, approving the United States and Petitioner SPS' settlement agreement as to the real property, known as 187 Caldwell Court, Fortson, Harris County, Georgia 31808.

7.     No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture, and the time for filing such petitions has now expired.

THEREFORE, IT IS HEREBY ORDERED,  ADJUDGED, AND DECREED THAT:

1.     Except as provided in paragraphs 2 through 5 of this section below, the Court's May 14, 2024, Amended Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure:

**MONEY JUDGMENT**

A.     A personal money judgment in an amount of six hundred sixty-nine thousand, two hundred ninety-four dollars and thirty cents ($669,294.30), representing the amount of proceeds constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s), in violation of Title 18, United States Code, Sections 2314, 2315, 371 and 2;

## REAL PROPERTY

A. The real property located at 187 Caldwell Court, Fortson, Harris County, Georgia 31808, including any appurtenances and improvements thereon, titled in the names of Brian Cowman and Mildred Knevals Alarcon, more particularly described as:

> All that lot, tract and parcel of land situate, lying and being in Harris County, Georgia, being known and designated as ALL OF LOT FOURTEEN (14), in SECTION THREE, CHASE PLANTATION, as said lot is shown upon a map or plat of said subdivision prepared by Hobbs Smith & Assoc., dated March 15, 2004 and recorded in Plat Book 28, page 102 in the Office of the Clerk of Superior Court of Harris County, Georgia to which reference is made for a more particular description and location of said lot.

## MISCELLANEOUS ITEMS

A. Miscellaneous items seized from Cowman's residence located at 187 Caldwell Court, Fortson, Georgia, on April 17, 2019, and currently being held as evidence by the United States Secret Service, more particularly described as follows:

| Location | Item No. | Item Description |
|----------|----------|-----------------|
| Basement | 1 | Twenty-three (23) Bedding Sheets |
| Basement | 2 | Three (3) Platinum Waterpik Flossers |
| Basement | 3 | Four (4) Philips Sonicare Toothbrushes |
| Basement | 4 | Two (2) Oral B Pro 2500 Toothbrushes |
| Basement | 5 | Two (2) Motorola 5" Portable Video Baby Monitors |
| Basement | 6 | Two (2) Motorola 5" Portable Video Baby Monitors with two (2) Cameras |

| Basement | 7 | Three (3) Motorola 3.5" Portable Video Baby Monitors with WiFi |
| Basement | 8 | Two hundred and seven (207) Artist Paintbrushes |
| Basement | 9 | Four (4) Anki Cozmo Robots |
| Basement | 10 | Two (2) Philips Sonicare 9300 Diamond Clean Smart |
| Basement | 12 | One (1) Philips Sonicare Diamond Clean - Black Box |
| Basement | 13 | Four (4) Philips Diamond Clean – Pink Box |
| Basement | 14 | Two (2) Kwikset Kevos |
| Basement | 15 | Two (2) Winkhubs |
| Basement | 16 | One (1) Winkhub 2 |
| Basement | 17 | Two (2) Sensi WiFi Thermostats |
| Basement | 18 | One (1) S9 LED Headlight |
| Basement | 19 | One (1) Canary Home Security |
| Basement | 20 | One (1) Viper Security Remote |
| Basement | 21 | One (1) Linksys WiFi Range Extender |
| Basement | 22 | Two (2) Schlage Door Lock Keypads |
| Basement | 23 | One (1) Dog Wireless Fence Collar |
| Garage | 1 | Thirty-five (35) Boxes of Golf Balls |
| Garage | 2 | One (1) Box of Miscellaneous Hobby Lobby Art Supplies |
| Garage | 3 | One (1) Ford Mustang Sound Clock Thermometer |
| Garage | 4 | One (1) Stapler |
| Garage | 5 | One (1) Picture Framing Studio Joiner |
| Garage | 6 | One (1) Spellbinders Glimmer Hot Foil System |
| Garage | 7 | One (1) Lightpad 920LX |
| Garage | 8 | One (1) Lightpad 930LX |
| Garage | 9 | Two (2) IHome Bluetooth Dual Charging Stereo Speaker System and Dual Alarm |
| Foyer Closet | 1 | Ten (10) Philips Sonicare Diamond Clean – Black Edition |
| Foyer Closet | 2 | Twenty (20) University of Auburn Shirts |
| Foyer Closet | 3 | Thirteen (13) Advecta 3 for Dogs (21-55 Lbs) Flea Medication |
| Foyer Closet | 4 | Eleven (11) Advecta 3 for Dogs (11-20 Lbs) Flea Medication |
| Foyer Closet | 5 | Seven (7) Advecta 3 for Dogs (over 55 Lbs) Flea Medication |
| Foyer Closet | 6 | Five (5) Advecta 3 for Dogs (over 5-10 Lbs) Flea Medication |
| Foyer Closet | 7 | Two (2) Petarmor Plus for Dogs (23-44 Lbs) Flea Medication |
| Foyer Closet | 8 | Three (3)  Petarmor Plus for Dogs (45-88 Lbs) Flea Medication |
| Laundry Room | 1 | One (1) IRobot Vacuum Cleaner, Model: Roomba 960, Serial Number: KYN960021810290001999 |
| Laundry Room | 2 | One (1) IRobot Vacuum Cleaner, Model: Roomba 960, Serial Number: KYN960021810290001918 |

| Laundry Room | 3 | One (1) Truecoat 360 VSP Paint Sprayer |
|---|---|---|
| Laundry Room | 4 | One (1) Graco – TC Pro Cordless Air Handheld Paint Sprayer |
| Laundry Room | 5 | Three (3) Moen Arlo Motionsense Wave Kitchen Faucets |
| Laundry Room | 6 | Two (2) Moen Edison Kitchen Faucets |
| Bedroom Closet | 1 | Three (3) Boxes containing a total of forty-eight (48) University of Alabama shirts, seventeen (17) University of Alabama hats, one hundred twenty-one (121) University of Auburn shirts, five (5) University of Auburn belts, ten (10) University of Georgia shirts |

B.    Miscellaneous items seized from the residence of Co-Defendant Mildred Alarcon, located at 7646 Timberdale Drive, Columbus, Georgia, on April 17, 2019, and currently being held as evidence by the United States Secret Service, more particularly described as follows:

| Location | Item No. | Item Description |
|---|---|---|
| Garage | 1 | Two (2) Bostich Smart Point 18 Gauge Brad Nailer Kits, Model: BTFP12233 |
| Garage | 2 | One (1) Bostich Smart Point 15 Gauge Finish Nailer, Model: BTFP72156 |
| Garage | 3 | Two (2) Hitachi 1 1/2" Stapler, Model: N3804AB3 |
| Garage | 4 | One (1) Hitachi 1 13/8" 23 Gauge Pin Nailer, Model: NP35A |
| Garage | 5 | One (1) Lorex Wireless Security Camera, Model: LW2231 |
| Garage | 6 | One (1) Lorex Wireless Security Camera, Model: LW2231 |
| Garage | 7 | Twenty (20) Boxes of 2018 USA Baseball Trading Cards |
| Garage | 9 | Twelve (12) Boxes of 2018 Hobby Contenders Football Cards |
| Garage | 10 | Two (2) Boxes of Delta Porter Bathroom Faucets |
| Garage | 11 | One (1) Xbox One – Titanfall Edition |
| Garage | 12 | One (1) Epson Multimedia Projector |
| Garage | 13 | Two (2) Smartpond Revolution Waterfall Pump 2000 GPH |
| Garage | 17 | One (1) Pro Contoll EZ Mount for Trolling Motor |
| Garage | 18 | One (1) Philips Bloom Hue Color Light |
| Garage | 19 | One (1) Sengled Pulse Wireless Speaker 55W LED |
| Garage | 20 | One (1) Moen Noell Kitchen Faucet |

| Garage | 21 | One (1) Delta Savile Kitchen Faucet |
|--------|----|-------------------------------------|
| Garage | 22 | Two (1) Kohler Carmichael Kitchen Faucets |
| Garage | 23 | One (1) Giagni Pompa Kitchen Faucet |
| Garage | 24 | One (1) Giagni Fresco Kitchen Faucet |
| Garage | 25 | One (1) Philips Bloom Hue Color Personal Wireless Lighting |
| Garage | 26 | One (1) Bobovr Z4 Virtual Reality Glasses |
| Garage | 27 | One (1) Arlo Pro 2 Wire-Free HD Security Cameras |
| Garage | 28 | One (1) Eversense WiFi Touchscreen Thermostat |
| Garage | 29 | One (1) Eemax Tank Buddy Water Heater Booster |
| Garage | 30 | One (1) Eco Smart Tankless Water Heater |
| Garage | 31 | One (1) Jacuzzi Showerhead and Stereo Speaker in One |
| Garage | 32 | One (1) Wisenet Smart Cam N1 |
| Garage | 33 | Two (2) Pex Crimp Tools |
| Garage | 34 | One (1) Dewalt 20V Max Charging Station, Model: DCB102 |
| Garage | 35 | Two (2) Harry Potter Complete Book Series (Paperback) |
| Garage | 36 | One (1) Duck Dynasty 24 Disc DVD Collection |
| Garage | 37 | Three (3) Clint Eastwood 40 Film DVD Collection |
| Garage | 38 | Four (4) Clint Eastwood 35 Film DVD Collection |
| Garage | 39 | Three (3) Clint Eastwood 20 Film DVD Collection |
| Garage | 40 | One (1) Xbox Wireless Controller (White) |
| Garage | 41 | One (1) PS4 Unchartered 4, A Thief's End Game |
| Garage | 42 | One (1) Xbox One Lichdom Battlemage Game |
| Garage | 43 | One (1) PS4 Call of Duty Infinite Warfare Game |
| Garage | 44 | One (1) Instant Print Sprocket Printer for 2X3 Photos |
| Garage | 45 | One (1) Bluetooth Rugged Water Resistant Wireless Speaker |
| Garage | 46 | One (1) Motorola WiFi Video Baby Monitor Camera |
| Garage | 47 | One (1) IHome Wireless Charging Bluetooth Stereo Speaker System and Dual Alarm |
| Garage | 48 | One (1) Kwikset Kevo Convert Smart Lock Conversion Kit |
| Garage | 49 | Two (2) Schlage Touch Keyless Touchscreen Deadbolts |
| Garage | 50 | One (1) Schlage Touch Keyless Touchscreen Deadbolt (Dark Finish) |
| Garage | 51 | One (1) Lithonia Lighting Floodlight 33W Integrated LED Security Light |
| Garage | 52 | One (1) 20 AMP Breaker |
| Garage | 53 | Two Nike (2) Air Jordan 10 Retro Size 14 (Dark Shadow/True Red-Black) |
| Garage | 54 | One (1) Under Arm our Jed Mid Size 13 Grey Shoes |
| Garage | 55 | One (1) Adidas NMD-R1 Size 11 Black Camo Shoes |

10

| Garage | 56 | One (1) Adidas NMD-R1 Size 11.5 Black Camo Shoes |
|---|---|---|
| Garage | 57 | One (1) Adidas NMD-R1 Size 10 Black Camo Shoes |
| Garage | 58 | One (1) Adidas NMD-R1 Size 12 Black Camo Shoes |
| Garage | 60 | Two (2) Scalibor Protector Band (Collar) for Dogs (Flea & Tick Medication) |
| Garage | 61 | Three (3) Nexgard Chewables for Dogs (24.1-60 Lbs) (Flea & Tick Medication |
| Garage | 62 | Twelve (12) Heartguard Chewables for Dogs (26-50 Lbs) (Heartworm Medication) |
| Garage | 63 | Fifteen (15) Interceptor Tabs for Dogs (51-100 Lbs) (Heartworm Medication) |
| Garage | 64 | One (1) Crest 3D White No Slip Whitestrips Dental Whitening Kit (2 Boxes in Plastic) |
| Garage | 65 | One (1) Hewlett Packard 901 XL 2 Pack Inkjet Cartridges |
| Garage | 66 | Four (4) Panini Contenders 2017 NFL Draft Picks Football Cards with 6 Autographs per Box |
| Garage | 67 | Three (3) Clint Eastwood Collection Blu Ray Discs (10 Movies per Set) |
| Garage | 68 | One (1) Sengled Snap 60W Replacement LED and Wireless Camera Bulb |
| Garage | 69 | One (1) Rachio Smart Sprinkler Controller Generation 2 (8 Zones) |
| Garage Second Evidence Form | 1 | Eight (8) Silver Bars, Serial Numbers: 17033614, 17033623, 17033983, 17033984, 17033988, 17033990, 17033994, 17033995 |
| Garage | 2 | One (1) United States Mint – American Eagle San Francisco 2 Coin Silver Proof Set |
| Garage | 3 | One (1) United States Mint – American Eagle 20th Anniversary Silver Coin Set |
| Garage | 4 | One (1) United States Mint – American Eagle West Point Two-Coin Silver Set |
| Garage | 5 | Five (5) United States Mint – 2013 W Eagle $1 Early Releases, Serial Numbers: 3785206-048, 3789176-165, 3767116-082, 3793501-060, 3781070-091 |
| Garage | 10 | Seventeen (17) National Collector's Mint – 2018 Liberty Silver Dollars |
| Garage | 11 | 100th Anniversary of John F. Kennedy – 1917 to 2017 – 2 oz. Silver Bars including the 1964 Proof Kennedy Silver Half Dollar |

| Spare Bedroom | 1 | Six (6) Momentum Aria LED Floodlights with Wifi Camera |
|---|---|---|
| Spare Bedroom | 2 | Three (3) Dymo Labelwriter 4XL Valuepacks |
| Spare Bedroom | 3 | Three (3) Rachio Smart Sprinkler Controller – Generation 2 |
| Spare Bedroom | 4 | One (1) Apple MacBook Pro |
| Spare Bedroom | 5 | One (1) Sony PlayStation VR Bundle (with Gran Turismo Game) |
| Spare Bedroom | 6 | Two (2) Nintendo Switch Gaming Consoles |
| Spare Bedroom | 7 | Six (6) Transformers MP-06 Autobot Commando Bluestreak Toy |
| Spare Bedroom | 8 | Seven (7) Oral B Pro Advantage 8000 Limited Edition Rechargeable Toothbrushes |
| Spare Bedroom | 9 | One (1) Honeywell Wifi Thermostat |
| Spare Bedroom | 10 | Five (5) Foose Steering Wheel Covers |
| Spare Bedroom | 11 | Two (2) Pottery Barn Mother of Pearl Clocks |
| Spare Bedroom | 12 | Four (4) Bose Soundlinks Mini II |
| Spare Bedroom | 13 | Two (2) BW Trailer Hitches – Tow and Stow Model 10 |
| Spare Bedroom | 14 | Two (2) Sengled Snap 602 LED Light and Wireless Cameras |
| Spare Bedroom | 15 | One (1) Zagg Keys Profolio Keyboard |
| Spare Bedroom | 16 | Seven (7) 13 Hours Blu Ray/DVD/Digital Movies |
| Spare Bedroom | 17 | One (1) IRobot Roomba Vacuum Cleaner, Model: 665 |
| Spare Bedroom | 18 | One (1) IRobot Roomba Vacuum Cleaner, Model: 890 |
| Spare Bedroom | 19 | One (1) IRobot Roomba Vacuum Cleaner, Model: 890 |
| Spare Bedroom | 20 | One (1) Sony PlayStation 4 Limited Edition (Call of Duty WWII) |
| Spare Bedroom | 21 | Twenty-two (22) Clint Eastwood 40 Film Collection |
| Spare Bedroom | 22 | One (1) Sony PlayStation PS4 Pro Jet Black |
| Spare Bedroom | 23 | Sixteen (16) Nintendo Super Nintendo Entertainment Systems – Classic Edition |
| Spare Bedroom | 24 | Two (2) Deco AC1300 Whole Home WiFi System Deco M5 Router |
| Spare Bedroom | 25 | One (1) Apple iPad Mini 2, 16 GB, WiFi |
| Spare Bedroom | 26 | One (1) Red Fuel Jump Starter Lithion Ion |
| Spare Bedroom | 27 | Two (2) Sony PlayStation PSF Limited Edition Days of Play |
| Spare Bedroom | 28 | Two (2) iHome Splashproof and Rugged Lightweight Wireless Headphones with Bluetooth |
| Spare Bedroom | 29 | Two (2) Energizer Vision HD and Focus Headlight 250 Lumens |
| Spare Bedroom | 30 | Four (4) Sengled Pulse LED Wireless Speakers |

| Spare Bedroom | 31 | Three (3) iHome Zenergy Aromatherapy Speakers with Lighting and Bluetooth |
|---|---|---|
| Spare Bedroom | 32 | Two (2) Philips Sonicare Diamond Clean Power Toothbrushes in Rose Gold Edition |
| Spare Bedroom | 33 | One (1) Altec Lansing Omni Jacket Rugged Waterproof Hyper Mesh Bluetooth Speaker |
| Spare Bedroom | 34 | One (1) American Standard Kirkdale Tub and Shower Faucet (Legacy Bronze) |
| Spare Bedroom | 35 | One (1) Kwikset Kevo Bluetooth Enabled Deadbolt |
| Spare Bedroom | 36 | Three (3) Kwikset Kevo Convert Smart Lock Conversion Kit Deadbolts |
| Spare Bedroom | 37 | One (1) Rigid Plastic Pipe Cutter |
| Spare Bedroom | 38 | One (1) Royal Sovereign Counterfeit Detector |
| Spare Bedroom | 39 | One (1) Eco Smart Tankless Water Heater (Point of Use) |
| Spare Bedroom | 40 | One (1) Atomor Therapro Electric Tankless Water Heater 24 KW |
| Spare Bedroom | 41 | Two (2) Moen Boardwalk Tub and Shower Faucets (Spot Resist Brushed Nickel) |
| Spare Bedroom | 42 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 12.5 Shoes |
| Spare Bedroom | 43 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 10 Shoes |
| Spare Bedroom | 44 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 10.5 Shoes |
| Spare Bedroom | 46 | Three (3) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 13 Shoes |
| Spare Bedroom | 47 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 11 Shoes |
| Spare Bedroom | 48 | Two (2) Nike Air Jordan 10 Retro (Dark Shadow/True Red-Black) Size 11.5 Shoes |
| Spare Bedroom | 49 | One (1) Philips Sonicare Diamond Clean Power Toothbrush (Black Edition) |
| Spare Bedroom | 50 | One (1) Samsung Level Active Bluetooth Ear Phones |
| Spare Bedroom | 51 | One (1) JBL Reflect Mini BT Sport Bluetooth Headphones |
| Spare Bedroom | 52 | Six (6) Trimax 5/8 Steel Pin Receiver Locks - Black |
| Spare Bedroom | 53 | Seven (7) 20 AMP Remote Control Circuit Breakers |
| Spare Bedroom | 54 | One (1) Coast Flashlight 360 Lumens |
| Spare Bedroom | 55 | One (1) Fi-Shock Animal Containment System – 1 Joule Output |

| Spare Bedroom | 56 | One (1) Dream Vision Pro Virtual Reality Smartphone Headset with Bluetooth Retractable Ear Buds |
|---|---|---|
| Spare Bedroom | 57 | One (1) Legend Radiant Multi-Location Dimmer Kit |
| Spare Bedroom | 58 | One (1) C L Digital Multi-Location Dimmer Kit |
| Spare Bedroom | 59 | One (1) Petsafe Obedience Remote Trainer for Dogs |
| Spare Bedroom | 60 | Three (3) Delta Lahara Pull Down Shower Faucets |
| Spare Bedroom | 61 | Three (3) Delta Windemere Shower Faucets |
| Spare Bedroom | 62 | Two (2) Delta Porter Pull Down Shower Faucets |
| Spare Bedroom | 63 | One (1) Wisenet Smartcam N1 – Home Security Camera |
| Spare Bedroom | 64 | One (1) Kwikset Smartcode 909 Touchpad Electronic Deadbolt |
| Spare Bedroom | 65 | Two (2) Philips Hue Personal Wireless Lighting – Lightstrip Plus – 80" |
| Spare Bedroom | 66 | One (1) Arlo 3 Wire-Free HD Security Cameras – Indoor/Outdoor - Nightvision |
| Spare Bedroom | 67 | One (1) Pfister Wheaton Kitchen Faucet |
| Spare Bedroom | 68 | Three (3) Kohler Worth Pull Down Kitchen Faucets |
| Spare Bedroom | 69 | One (1) Kohler Barossa Pull Down Kitchen Faucet |
| Spare Bedroom | 70 | One (1) Kohler Sous Pull Down Kitchen Faucet |
| Spare Bedroom | 71 | One (1) Moen Essie Motion Sense Pull Down Kitchen Faucet |
| Spare Bedroom | 72 | One (1) Moen Delaney Motion Sense Pull Down Kitchen Faucet |
| Spare Bedroom | 73 | One (1) Moen Fieldstone Pull Down Kitchen Faucet |
| Spare Bedroom | 74 | Two (2) Moen Noell Pull Down Kitchen Faucets |
| Spare Bedroom | 75 | Two (2) Moen Essie Pull Down Kitchen Faucets |
| Spare Bedroom | 76 | Two (2) Moen Kaden Pull Down Kitchen Faucets - Bronze |
| Spare Bedroom | 77 | One (1) Legrand GFCI Outlet – 15 AMP – 3 Pack (White Color) |
| Spare Bedroom | 78 | One (1) Legrand GFCI Outlet – 15 AMP – 3 Pack (Ivory Color) |
| Spare Bedroom | 79 | One (1) Bose Solo Bluetooth TV Speaker |
| Spare Bedroom | 80 | Ten (10) Legrand GFCI Outlet – 15 AMP  (Gray Color) |
| Spare Bedroom | 81 | Two (2) Legrand GFCI Outlet – 15 AMP  (Light Almond Color) |
| Spare Bedroom | 82 | Thirty-One (31) Legrand GFCI Outlet – 15 AMP (Ivory Color) |
| Spare Bedroom | 83 | Thirty-Seven (37) Legrand GFCI Outlet – 15 AMP  (White Color) |
| Spare Bedroom | 84 | One (1) Sandisk Ultra 2 Pack 64 GB SDXC UHS-I Cards |
| Spare Bedroom | 85 | One (1) Utilitech Pro LED Premium Bar 18 Inch Undercabinet Light |

| Spare Bedroom | 86 | One (1) Halo LED Soft White 18" Track Adjustable LED Undercabinet Plug-in Kit |
| Spare Bedroom | 87 | One (1) B Hyve Smart WiFi Sprinkler Timer 6 Station (Orbit) |
| Spare Bedroom | 88 | One (1) Hewlett Packard Zink 2X3" Sticky-backed Photo Paper for HP Sprocket (3 Packs) |
| Spare Bedroom | 89 | One (1) Giagni Fresco Pull Down Kitchen Faucet (Steel Finish) |
| Spare Bedroom | 90 | One (1) Frontline Flea and Tick Medication for Dogs (23-44 Lbs) |
| Spare Bedroom | 91 | One (1) Frontline Flea and Tick Medication for Dogs (45-88 Lbs) |
| Spare Bedroom | 92 | Two (2) Frontline Flea and Tick Medication for Dogs (89-132 Lbs) |
| Spare Bedroom | 93 | One (1) Gillette Fusion 5 – 16 Replacement Cartridges per Package |
| Spare Bedroom | 94 | One (1) Arlo HD Security Wireless Camera (Netgear) |
| Spare Bedroom | 95 | One (1) Dyson Pure Hot and Cool Link Hepa Air Purifier |
| Spare Bedroom | 96 | Two (2) Delta Valdosta Bathroom Sink Faucets |
| Spare Bedroom | 97 | One (1) Moen Banbury Bathroom Tub Faucet |
| Spare Bedroom | 98 | Two (2) Delta Valdosta Bathroom Tub and Shower Faucets |
| Spare Bedroom | 99 | One (1) Delta Everly Bathroom Tub and Shower Faucet |
| Spare Bedroom | 100 | One (1) Delta Windemere Bathroom Tub Faucet |
| Spare Bedroom | 101 | Two (2) Delta Porter Bathroom Tub Faucets |
| Spare Bedroom | 102 | Two (2) Pfister Venturi Pull Down Kitchen Faucet |
| Spare Bedroom | 103 | Two (2) Delta Deluca Pull Down Kitchen Faucets |
| Spare Bedroom | 104 | One (1) Delta Lakeview Kitchen Faucet |
| Spare Bedroom | 105 | One (1) Delta Satori Pull Down Kitchen Faucet |
| Spare Bedroom | 106 | One (1) Makita Rolling Fabric Tool Bag (Teal and Black) |
| Spare Bedroom Second Evidence Form | 1 | Three (3) Scottsdale Silver, Serial Numbers: 16023638, 17033989, 17033993 |
| Spare Bedroom | 2 | Nineteen (19) Red, White, and Blue Rebel Flag 1 oz. Silver Bars |
| Spare Bedroom | 3 | Twenty-Nine (29) U.S. Flag 1 oz. Silver Bars (Square Shaped) |
| Spare Bedroom | 4 | Seven (7) U.S. Flag 1 oz. Silver Bars (Flag Shaped) |
| Spare Bedroom | 5 | One (1) Red, White and Blue U.S. Flag 1 oz. Silver Bar (Square Shaped) |
| Spare Bedroom | 6 | Six (6) Rebel Flag 1 oz. Silver Bar (Square Shape) |
| Spare Bedroom | 7 | Three (3) Sunshine Minting 1 oz. Silver Bar (Square Shape) |

| | | |
|---|---|---|
| Spare Bedroom | 8 | One (1) Buffalo Nickel 10 oz. Silver Bar |
| Spare Bedroom | 9 | Fourteen (14) 5 oz. Silver Bars |
| Spare Bedroom | 10 | Two (2) Red, White and Blue Confederate Flag 2016 Liberty Dollar |
| Spare Bedroom | 11 | One (1) Ghostbusters Stay Puft 2017 Tuvalu Dollar |
| Spare Bedroom | 12 | One (1) Ghostbusters Crew 2017 Tuvalu Dollar |
| Spare Bedroom | 13 | One (1) Ghostbusters Slimer 2017 Tuvalu Dollar |
| Spare Bedroom | 14 | One (1) 2014 Baseball Hall of Fame $5 Dollar Gold Coin |
| Spare Bedroom | 15 | Twelve (12) 2008 Liberty Gold $1 Dollar Coins |
| Spare Bedroom | 16 | Two (2) 2007 Liberty Gold $1 Dollar Coins |
| Spare Bedroom | 18 | Two (2) 2015 Liberty Silver Eagle Philadelphia Mint Dollar Coins |
| Spare Bedroom | 19 | Two (2) 1921 Dollar Coins in Plastic Cases |
| Spare Bedroom | 20 | Two (2) 1922 Dollar Coins in Plastic Cases |
| Spare Bedroom | 21 | One (1) 1923 Dollar Coin in Plastic Case |
| Spare Bedroom | 22 | Two (2) 2003 Dollar Coins in Plastic Cases |
| Spare Bedroom | 23 | One (1) 2002 Dollar Coin in Plastic Case |
| Spare Bedroom | 24 | Three (3) 1900 Dollar Coins in Plastic Cases |
| Spare Bedroom | 25 | Five (5) 1901 Dollar Coins in Plastic Cases |
| Spare Bedroom | 26 | One (1) 1881 Dollar Coin in Plastic Case |
| Spare Bedroom | 27 | One (1) 1902 Dollar Coin in Plastic Case |
| Spare Bedroom | 28 | One (1) Set of Buffalo Nickel Cuff Links |
| Spare Bedroom | 29 | Fourteen (14) $1 Gold Coins |
| Spare Bedroom | 30 | Twenty-Five (25) $0.25 Quarters (2007) |
| Spare Bedroom | 31 | Twenty-Five (25) $0.25 Quarters (2003) |
| Spare Bedroom | 32 | Sixteen (16) $0.25 Quarters (1999-2011) |
| Spare Bedroom | 33 | Forty-Five (45) $.05 Buffalo Nickels |
| Spare Bedroom | 34 | Three (3) 1879 Dollar Coins |
| Spare Bedroom | 35 | Three (3) 1880 Dollar Coins |
| Spare Bedroom | 36 | Two (2) 1881 Dollar Coins |
| Spare Bedroom | 37 | One (1) 1882 Dollar Coin |
| Spare Bedroom | 38 | One (1) 1884 Dollar Coin |
| Spare Bedroom | 39 | One (1) 1885 Dollar Coin |
| Spare Bedroom | 40 | One (1) 1887 Dollar Coin |
| Spare Bedroom | 41 | One (1) 1889 Dollar Coin |
| Spare Bedroom | 42 | One (1) 1890 Dollar Coin |
| Spare Bedroom | 43 | One (1) 1891 Dollar Coin |
| Spare Bedroom | 44 | One (1) 1899 Dollar Coin |
| Spare Bedroom | 45 | Five (5) 1921 Dollar Coins |

16

| Spare Bedroom | 46 | Sixteen (16) 1922 Dollar Coins |
|---|---|---|
| Spare Bedroom | 47 | Twelve (12) 1923 Dollar Coins |
| Spare Bedroom | 48 | Two (2) 1924 Dollar Coins |
| Spare Bedroom | 49 | One (1) 1927 Dollar Coin |
| Spare Bedroom | 50 | Two (2) 1928 Dollar Coins |
| Spare Bedroom | 51 | Two (2) 1973 Dollar Coins |
| Spare Bedroom | 52 | Two (2) 1974 Dollar Coins |
| Spare Bedroom | 53 | Six (6) 1976 Dollar Coins |
| Spare Bedroom | 54 | Two (2) 1977 Dollar Coins |
| Spare Bedroom | 55 | Two (2) 1978 Dollar Coins |
| Spare Bedroom | 56 | One (1) 1788 George Walton – The State of Georgia – Landing of Oglethorpe Coin |
| Spare Bedroom | 57 | One (1) 1900 Dollar Coin in Paper Holder |
| Spare Bedroom | 58 | One (1) 1884 Dollar Coin in Plastic Holder |
| Spare Bedroom | 64 | One (1) 1883 Carson City Silver Dollar (Uncirculated) in Blue Case |
| Spare Bedroom | 65 | One (1) 2016 United States Mint American Eagle 1 oz. Silver Eagle Dollar (Uncirculated) in Small Square Blue Case |
| Spare Bedroom | 66 | Four (4) Rolls of Buffalo Nickels in Brown Paper Roll |
| Spare Bedroom | 67 | One (1) Blue Wrapping Roll of Twenty-Three (23) Buffalo Nickels, Three (3) Unknown Silver Coins, and One (1) Republic of Panama Silver Coin |
| Spare Bedroom | 68 | One (1) Massachusetts Tercentenary 1630-1930 Souvenir Coin in Paper Holder |
| Spare Bedroom | 69 | One (1) 1955 Republic of France 100 Francs Coin in Paper Holder |
| Spare Bedroom | 70 | One (1) 1867 Italy 5 Cent Coin in Paper Holder |
| Spare Bedroom | 71 | One (1) 1876 Dutch Reich 50 Pfennigs Coin in Paper Holder |
| Spare Bedroom | 72 | One (1) 1958 Elizabeth II Half Penny Coin in Paper |
| Spare Bedroom | 73 | One (1) 1923 Dutch Reich 2 Pfennigs Coin in Paper Holder |
| Spare Bedroom | 74 | One (1) 1950 Germany 1 Pfennig Penny Coin in Paper Holder |
| Kitchen | 1 | One (1) Hewlett Packard 1951 XL Inkjet Printer Cartridges (3 Pack) |
| Kitchen | 2 | One (1) Nest Yale Door Lock Keypad (Satin Nickel) |
| Living Room | 1 | One (1) B Hyve Smart WiFi Sprinkler Timer Y Station (Orbit) |
| Living Room | 2 | Six (6) Bose Soundlink Mini II Speakers |
| Hallway | 1 | One (1) Xbox One X – Black (1 TB) |
| Hallway | 2 | One (1) Xbox One (White) Forza Horizon 3 Edition |

| Hallway | 3 | One (1) Xbox One (White) Forza Horizon 3 Edition |
| Hallway | 4 | One (1) Xbox One (White) Battlefield One Edition (500 KB) |

C.    Miscellaneous items seized from a storage locker rented by Cowman, located at 1210 49th Street, Columbus, Georgia, on April 17, 2019, and currently being held as evidence by the United States Secret Service, more particularly described as follows:

| Location | Item No. | Item Description |
|---|---|---|
| Storage | 1 | One (1) Frontline Plus for Cats – Flea and Tick Medication |
| Storage | 2 | One (1) Cannon 250 and 251 XL Inkjet Printer Cartridges (set of 5) |
| Storage | 3 | One (1) Hewlett Packard 61 XL Inkjet Printer Cartridges (set of 2) |

**SUBSTITUTE ASSET**

A. One-half of any proceeds from the sale and liquidation of the real property located at 187 Caldwell Court, Fortson, Harris County, Georgia 31808, in excess of ninety-one thousand, four hundred eight dollars and ten cents ($91,408.10), if any, after the payment of outstanding taxes, expenses of custody and sale incurred by the vendor for the USSS, and payment to SPS.

2.    The proceeds directly traceable and forfeitable as to the real property known as 187 Caldwell Court, Fortson, Harris County, Georgia 31808, shall be limited to an amount up to ninety-one thousand, four hundred eight dollars and ten cents

($91,408.10), after payment of outstanding taxes, expenses of custody and sale incurred by the vendor for the USSS, and payment to SPS.

3.      The USSS and/or its vendor shall coordinate the sale of the real property known as 187 Caldwell Court, Fortson, Harris County, Georgia 31808, including any appurtenances and improvements thereon, and release the funds in the amount of $293,348.22, plus the accrual of additional interest, and other additional fees in accordance with the provisions of the Settlement Agreement and Release of Claims entered into between the United States and Petitioner SPS.  The release of said funds shall occur after payment of outstanding taxes, and custody the expense of custody and sale incurred by the vendor for the USSS.  The payment to Petitioner SPS shall be in full settlement and satisfaction of all claims by Petitioner SPS arising from and resulting from the seizure, detention, and forfeiture of the real property described in this paragraph. The United States shall not enter into a binding agreement to sell the property described in this paragraph unless the proceeds of such sale are sufficient to pay Petitioner SPS in full as set forth in the parties Settlement Agreement and Release of Claims, unless Petitioner SPS otherwise consents in writing.  In the event it is determined that the proceeds from any proposed sale of the real property described in this paragraph would be insufficient to pay Petitioner SPS in full, after the disbursements are made for payment of outstanding taxes, and the expenses of custody and sale incurred by vendor for the USSS, the United States shall release its interest, and consent to the exercise of Petitioner

SPS's state law rights to foreclose upon its deed to secure debt which secures the obligation of Petitioner SPS.

4.      One-half of any proceeds from the sale and liquidation of the real property located at 187 Caldwell Court, Fortson, Harris County, Georgia 31808, in excess of ninety-one thousand, four hundred eight dollars and ten cents ($91,408.10), if any, after the payment of outstanding taxes, expenses of custody and sale incurred by the vendor for the USSS, and payment to SPS, if any, shall be forfeited as a substitute asset.

5.      The other one-half of any proceeds from the sale and liquidation of the real property located at 187 Caldwell Court, Fortson, Harris County, Georgia 31808, in excess of the $91,408.10, if any, shall be released to Co-Defendant Mildred Alarcon, through her counsel of record Robert Lynn Wadkins, Jr., Esq., or directly to Co-Defendant Mildred Alarcon, as directed by Mr. Wadkins, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect.

6.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to FED. R. CRIM. P 32.2(e), if the Government locates specific assets traceable to the proceeds of the offense(s) or additional assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2641(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this 2nd day of June, 2025.

S/Clay D.. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA